UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TODD ALLEN CAMP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-cv-352-JPG-CJP |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Acting Commissioner of Social Security to deny petitioner Todd Allen Camp's application for Disability Insurance Benefits and Supplemental Security Income is reversed, and this case is remanded to the Acting Commissioner of Social Security for further proceedings and a new decision.

**NANCY J. ROSENSTENGEL, CLERK**

**Date: January 23, 2014**

**s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**